L. J. Lesser, appellee, v. Yellow Cab Company, appellant. Gen. No. 31,193.
Action for damage to automobile by collision with taxicab. Judgment for plaintiff. Appeal from the Municipal Court of Chicago;

the Hon. Harry F. Hamlin, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February, 1, 1927.

Samuels, Costello & Greenberg, for appellant; David H. Greenberg, Edward Wolfe and Mandel Elman, of counsel. Murphy O. Tate, for appellee; Leo M. Tarpey, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.